# UNITED STATES DISTRICT COURT
for the
District of
Division

Medical Richard Robinson III
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Henderson County Hospital Corp et al
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. **1:22-cv-68-MOC-WCM**
*(to be filled in by the Clerk's Office)*

**FILED**
Asheville, NC

MAR 2 5 2022

Clerk, US District Court
Western District of NC

## COMPLAINT AND REQUEST FOR INJUNCTION

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Melvin Richard Robinson III
- Street Address: 2911 Frontier Dr.
- City and County: Titusville FL 32796
- State and Zip Code:
- Telephone Number: 561-294-0623
- E-mail Address:

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Henderson County Hospital Corp d/b/a
- Job or Title *(if known)*: Pardee
- Street Address: 21 Turtle Creek Dr.
- City and County: Asheville NC 28803
- State and Zip Code:

Page of 6

|  |  |
|---|---|
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 2**
- Name: Southeaster Sport Medicine Services, PLLS
- Job or Title *(if known)*:
- Street Address:
- City and County: 21 Turtle Creek
- State and Zip Code: Asheville, NC 28803  Buncombe
- Telephone Number: 828-274-4555
- E-mail Address *(if known)*:

**Defendant No. 3**
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

**Defendant No. 4**
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*
☑ Federal question        ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Page of 6

**B.** **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, (name) Melvin Richard Robinson, is a citizen of the State of (name) Florida.

    b. If the plaintiff is a corporation
    The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

    (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

    b. If the defendant is a corporation
    The defendant, (name) Henderson County Hospital Corp d/b/a ea at, is incorporated under the laws of the State of (name) North Carolina, and has its principal place of business in the State of (name) North Carolina. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) North Carolina.

    (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

    The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because (explain):

    8 million

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? Southeastern Sport faculties in Fletcher and Asheville, NC

B. What date and approximate time did the events giving rise to your claim(s) occur? April 1, 2019 - to June 30 2020

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. I didn't get the medical treatment I asked for
2. All 17 indivual medical bills where sent to my credit before the car accident was settled
3. My work information is in correct with Social Security

### IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured. My credit is being destroyed why Im going through a period of disability

2. I don't have the money to pay for the treament I didn't agree 2.

3. My Social Security disability applicaic- has the incorrect medical and Work information.

I. I'm asking to remove all Southeastern Sports medicine bills from my credit Report and not pay the remaining balance because of medical treatment I didn't + agree 2

II. I'm asking Southeastern to update my Social Security Application with the correct Medical and Work information

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. my credit is destroyed from medical bills before the car accident is settled. I'm asking for Southeasterns Sport medica to pull the bills from my credit report and not charge me for medical bills

2. I Don't have money to pay for my Doctors bills in Florida because of the incorrect treatment. That we didn't agree to. I asking to pay Doctors bills in FL.

3. My Social Security disabity and Retirment is screw up because of the incorrect work information and need to be updated with the correct medical tratmen

## VI. Certification and Closing

8 million in funical on the neglence page

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 15/2022

Signature of Plaintiff
Printed Name of Plaintiff   Melvin Richard Abienet III